UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRACE A. ALBANESE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOMELAND SECURITY OF U.S.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01049-APG-DJA<br><br>**REPORT AND RECOMMENDATION** |

　　　Plaintiff brings this case *pro se* and seeks to proceed *in forma pauperis*. (ECF No. 1). This Court has previously found that Plaintiff is a vexatious litigant. *See Albanese v. Fed. Bureau of Investigation*, 2017 WL 3191504, at \*2 (D. Nev. July 27, 2017). Plaintiff therefore "is enjoined and prohibited from filing any new complaint, petition, or other action in this court without first obtaining leave from the Chief Judge of this court." *Id.* Plaintiff failed to obtain leave from the Chief Judge of this Court before commencing the instant action. *See* Docket.

　　　Accordingly, the undersigned **RECOMMENDS** that Plaintiff's complaint be **DISMISSED** without prejudice to Plaintiff filing her complaint in a new case if she first obtains leave from the Chief Judge of this Court. The undersigned further **RECOMMENDS** that Plaintiff's application to proceed in forma pauperis (ECF No. 1) be **DENIED** as moot and that this case be **CLOSED**.

**NOTICE**

　　　This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

1  objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d
2  1153, 1157 (9th Cir. 1991).
3
4         DATED: June 8, 2021
5                                                                         _____
6                                                                         DANIEL J. ALBREGTS
                                                                          UNITED STATES MAGISTRATE JUDGE