# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GRACE A. ALBANESE,<br><br>　　Plaintiff<br><br>v.<br><br>HOMELAND SECURITY OF U.S.,<br><br>　　Defendant | Case No.: 2:21-cv-01049-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 1, 3] |

On June 8, 2021, Magistrate Judge Albregts recommended that I dismiss plaintiff Grace Albanese's complaint because she has previously been found to be a vexatious litigant but she failed to obtain leave from the Chief Judge of this court before commencing this case. ECF No. 3. Albanese did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 3) is accepted, plaintiff's complaint (ECF No. 1-2) is DISMISSED without prejudice to plaintiff filing a complaint in a new action if she first obtains leave to do so from the Chief Judge of this court, and plaintiff's application to proceed in forma pauperis (ECF No. 1) is DENIED as moot. The clerk of court is instructed to close this case.

DATED this 6th day of June, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE